FILED
2007 Apr-27 PM 04:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO91 (Rev. 11/91 ND/AL) Criminal Complaint

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

### CRIMINAL COMPLAINT

UNITED STATES OF AMERICA

v.

FNU LNU (aka Jeff OSBORNE)

CASE NUMBER: MAG 07-110
(UNDER SEAL)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. That on or about April 7, 2007, in DeKalb County, in the Northern District of Alabama, the defendant, FNU LNU (aka Jeff OSBORN),

did conspire with one or more persons to make a firearm, as that term is defined in 26 USC § 5845,

in violation of Title  18 , United States Code, Section  371 . I further state that I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives and that this complaint is based on the following facts:

    See Attached Affidavit

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

4/23/07
Date

at Birmingham, Alabama
City and State

Robert R. Armstrong, Jr.
United States Magistrate Judge
Name and Title of Judicial Officer

_____
Signature of Judicial Officer